**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1476

DOUGLAS J. CORBETT,

                                        Plaintiff - Appellant,

        versus

MICHAEL J. ASTRUE, Commissioner of Social
Security,

                                        Defendant - Appellee.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief
District Judge.  (1:04-cv-00241-IMK)

Submitted:  June 29, 2007              Decided:  July 20, 2007

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Douglas J. Corbett, Appellant Pro Se.  Robert William Flynn, SOCIAL
SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas J. Corbett appeals the district court's order accepting the recommendation of the magistrate judge and upholding the denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Corbett v. Astrue</u>, No. 1:04-cv-00241-IMK (N.D.W. Va. Mar. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>